# Notice Recipients

District/Off: 0207−1          User: admin                    Date Created: 08/08/2018

Case: 1−18−42526−cec          Form ID: 318DF7               Total: 23

**Recipients of Notice of Electronic Filing:**
tr          Alan Nisselson          anisselson@windelsmarx.com
aty         Kevin B Zazzera         kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          William J Carolan,, Jr.          77 Cuba Ave          Staten Island, NY 10306−4907
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
            Building          201 Varick Street, Suite 1006          New York, NY 10014
9261270     10 Duke Energy Carolinas Progress          PO Box 1489          Winterville, NC 28590−1489
9261271     Cavalry Portfolio Services          PO Box 520          Valhalla, NY 10595−0520
9261272     Citibank/the Home Depot          Centralized Bankruptcy          PO Box 790034          Saint Louis, MO
            63179−0034
9261273     Commonwealth Fin Systems          245 Main St          Dickson City, PA 18519−1641
9261274     Commonwealth Financial          245 Main St          Dickson City, PA 18519−1641
9261275     Deville Asset Manageme          1132 Glade Rd          Colleyville, TX 76034−4227
9261276     Deville Mgmt − FINGERHUT          PO Box 1987          Colleyville, TX 76034−1987
9261277     Discover Fin Svcs LLC          PO Box 15316          Wilmington, DE 19850−5316
9261278     Discover Financial          PO Box 3025          New Albany, OH 43054−3025
9261279     Kohls/Capital One          Kohls Credit          PO Box 3120          Milwaukee, WI 53201−3120
9261280     Kohls/capone          N56 W 17000 Ridgewood Dr          Menomonee Falls, WI 53051
9261281     Online In Sv          PO Box 1489          Winterville, NC 28590−1489
9261282     Portfolio Recov Assoc          120 Corporate Blvd Ste 1          Norfolk, VA 23502−4952
9261283     Portfolio Recovery Associates LLC          PO Box 12914          Norfolk, VA 23541−0914
9261284     Td Bank USA/Targetcred          PO Box 673          Minneapolis, MN 55440−0673
9261285     Thd/Cbna          PO Box 6497          Sioux Falls, SD 57117−6497

TOTAL: 21